THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOLLY ORR, individually, and BRANDON URISH, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, a foreign insurer, K & K INSURANCE GROUP, INC., a foreign corporation, and XYZ Company,<br><br>    Defendants. | No.: 2:20-cv-00330-TSZ<br><br>STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFFS' CLAIMS AGAINST NATIONWIDE MUTUAL INSURANCE COMPANY AND K&K INSURANCE GROUP, INC. WITH PREJUDICE |

    Plaintiffs Molly Orr and Brandon Urish (together, the "Plaintiffs") and Defendants Nationwide Mutual Insurance Company and K&K Insurance Group, Inc. (together, the "Defendants") (collectively, the "Parties") stipulate that the claims asserted against the Defendants by the Plaintiffs, including all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

    IT IS SO ORDERED this 28th day of August 2020.

                                                    _/s/ Thomas S. Zilly_
                                                    Thomas S. Zilly
                                                    United States District Judge

STIPULATED MOTION AND ORDER
TO DISMISS WITH PREJUDICE
NO.: 2:20-CV-00330-T

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Submitted by:

BULLIVANT HOUSER BAILEY PC

| Moore Law Group, PLLC | Bullivant Houser Bailey PC |
|---|---|
| */s/ Joseph W. Moore*<br>Joseph W. Moore, WSBA #44061<br>1604 Hewitt Avenue, Suite 515<br>Everett, Washington 98201<br>Phone: 425.998.8999<br>Email: joseph@moore.law<br>Attorney for Plaintiffs | */s/ Daniel R. Bentson*<br>Daniel R. Bentson, WSBA #36825<br>925 Fourth Avenue, Suite 3800<br>Seattle, WA 98104<br>Phone: 206.292.8930<br>Email: dan.bentson@bullivant.com<br>Attorney for Defendants |

STIPULATED MOTION AND ORDER
TO DISMISS WITH PREJUDICE
NO.: 2:20-CV-00330-T

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930